IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MORAN ENTERPRISES, INC, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:13cv38-MHT |
| | ) | |
| SONIC DEVELOPMENT, L.L.C., | ) | |
| d/b/a Capitol Chevrolet | ) | |
| Montgomery, | ) | |
| | ) | |
|    Defendant. | ) | |

OPINION AND ORDER

The allegations of the complaint in this case are

insufficient to invoke this court's original jurisdiction

under 28 U.S.C. § 1332 (diversity of citizenship).   To

invoke original jurisdiction based on diversity, the

complaint must distinctly and affirmatively allege each

party's citizenship.  See McGovern v. American Airlines,

Inc., 511 F. 2d 653, 654 (5th Cir. 1975) (per curiam).

The allegations must show that the citizenship of each

plaintiff is different from that of each defendant.  See

28 U.S.C. § 1332; see also 2 James Wm. Moore, et al., Moore's Federal Practice § 8.03[5][b] at 8-16 (3d ed. 2006).

The complaint here is insufficient because it does not indicate the citizenship of a party that is a 'limited liability company': defendant Sonic Development, L.L.C.   "[L]ike a limited partnership, a limited liability company is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). The complaint must therefore allege "the citizenships of all the members of the limited liability company." Id. (And if the entity consists of several entities, the complaint must reflect the citizenship, or citizenships, of each and every entity based on the nature of that entity.)

                            ***

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiff has until February 8, 2013,

2

to amend the complaint to allege jurisdiction sufficiently; otherwise this lawsuit shall be dismissed without prejudice.

DONE, this the 29th day of January, 2013.

                /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE